```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHSIDE FLOORING INC., a California corporation, <br><br> Defendant. | No. C 07 3608 SC <br><br> STIPULATION FOR JUDGMENT |

IT IS HEREBY STIPULATED and agreed by and between plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, through their attorneys, and defendant, SOUTHSIDE FLOORING INC., a California corporation, that the plaintiffs have and recover judgment from defendant in the amount of $57,820.60, which amount is composed of the following:

a. The balance of contributions due for the period February 2007 and March 2007 in the amount of $47,100.90;

b. Cost in the amount of $350.00;

c. Liquidated Damages due pursuant to contract in an amount of $10,369.70.

STIPULATION FOR JUDGMENT 1

1      d. Interest to be determined at the end of the payment plan
2  described below.
3      IT IS FURTHER STIPULATED and agreed by the parties hereto
4  that an abstract of judgment will not be recorded and execution will
5  not issue on the judgment so long as defendant fully complies with the
6  following conditions:
7      1. Defendant shall make payments of all amounts to become
8  due to plaintiffs for hours worked by defendant's employees,
9  commencing with the payment for June 2007 hours due on or before July
10  15, 2007 and continuing until the full amount of the judgment is paid.
11      2. Defendant shall pay the amount of this judgment in the
12  following manner: $5,000.00 per month shall be paid on July 20, 2007,
13  and on the 20th day of each month thereafter until the contributions
14  and liquidated damages are paid in full.
15      Interest on the declining balance shall be computed at
16  the rate of 8% percent and paid, together with costs, as a final
17  installment. Payments will be made by check payable to the Northern
18  California Floor Covering Industry Welfare Fund and should be sent to
19  ERSKINE & TULLEY, Attention: Sharon Eastman, 220 Montgomery Street,
20  Suite 303, San Francisco, California 94104.
21      3. Plaintiffs and Defendant each understand and agree that
22  any modification of payments must be made in writing and agreed to by
23  both the Plaintiffs and the Defendant.
24      4. Should any current payment due under the collective
25  bargaining agreement become delinquent, in a manner that violates
26  trust policy, the entire amount of this judgment and the current
27  delinquent contributions and liquidated damages, reduced by any offset
28  for payments made, shall become due and payable immediately and

1 execution may commence on the judgment without further notice.

2   5.   Should any installment payment become delinquent,
3 execution on the judgment shall issue after 10 days written notice to
4 defendant upon the filing of a declaration by plaintiffs or by
5 plaintiffs' attorneys stating that a default has occurred on the part
6 of defendant. Defendant waives notice of any hearing held by the
7 court upon the earlier execution on this judgment or plaintiffs'
8 declaration.

9   Defendant, SOUTHSIDE FLOORING INC., is not represented by
10 counsel and has been advised to seek the advice of counsel before
11 signing this stipulation for judgment.

12   IN WITNESS WHEREOF, plaintiffs' attorneys and defendant have
13 executed this Stipulation for Judgment.

14 Dated: July Oct 31, 2007        ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION
15
16                                By: _____
                                  Michael J. Carroll
17                                Attorneys for Plaintiffs

18 Dated: July ___, 2007           SOUTHSIDE FLOORING INC., a California
                                  corporation
19 Oct. 31
                                  By: _____
20

21
22
23
24
25
26
27
28

STIPULATION FOR JUDGMENT                                    3