```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SOUTHSIDE FLOORING INC., a California corporation, )<br>)<br>Defendant. )<br>) | No. <u>C 07 3608 SC</u><br><br><u>**JUDGMENT PURSUANT TO STIPULATION**</u> |

IT appearing that Plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, and defendant, SOUTHSIDE FLOORING INC., a California corporation, have stipulated that Plaintiffs have and recover judgment from Defendants and it appearing that the Stipulation is in all respects proper and that the stipulation provides for judgment against defendant in the amount of $57,820.60,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, have and recover judgment against SOUTHSIDE FLOORING INC., a California corporation, in the amount of

<u>**JUDGMENT PURSUANT TO STIPULATION**</u>                                    1

$57,820.60, which amount is composed of the following:

    a. The balance of contributions due for the period February 2007 and March 2007 in the amount of $47,100.90;

    b. Cost in the amount of $350.00;

    c. Liquidated Damages due pursuant to contract in an amount of $10,369.70.

    d. Interest to be determined at the end of the payment plan described below.

IT IS FURTHER ORDERED AND ADJUDGED and agreed by the parties hereto that an abstract of judgment will not be recorded and execution will not issue on the judgment so long as defendant fully complies with the following conditions:

    1. Defendant shall make payments of all amounts to become due to plaintiffs for hours worked by defendant's employees, commencing with the payment for June 2007 hours due on or before July 15, 2007 and continuing until the full amount of the judgment is paid.

    2. Defendant shall pay the amount of this judgment in the following manner: $5,000.00 per month shall be paid on July 20, 2007, and on the 20th day of each month thereafter until the contributions and liquidated damages are paid in full.

Interest on the declining balance shall be computed at the rate of 8% percent and paid, together with costs, as a final installment. Payments will be made by check payable to the Northern California Floor Covering Industry Welfare Fund and should be sent to ERSKINE & TULLEY, Attention: Sharon Eastman, 220 Montgomery Street, Suite 303, San Francisco, California 94104.

    3. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by

**JUDGMENT PURSUANT TO STIPULATION**    2

1 | **both the Plaintiffs and the Defendant.**
2 | **4. Should any current payment due under the collective**
3 | **bargaining agreement become delinquent, in a manner that violates**
4 | **trust policy, the entire amount of this judgment and the current**
5 | **delinquent contributions and liquidated damages, reduced by any offset**
6 | **for payments made, shall become due and payable immediately and**
7 | **execution may commence on the judgment without further notice.**
8 | **5. Should any installment payment become delinquent,**
9 | **execution on the judgment shall issue after 10 days written notice to**
10 | **defendant upon the filing of a declaration by plaintiffs or by**
11 | **plaintiffs' attorneys stating that a default has occurred on the part**
12 | **of defendant. Defendant waives notice of any hearing held by the**
13 | **court upon the earlier execution on this judgment or plaintiffs'**
14 | **declaration.**

**Dated:** 11/2/07  _____

_____
**Hon**orable Judge Samuel Con**ti**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

**JUDGMENT PURSUANT TO STIPULATION**                    3